1204

No. 82–1889.  SPRINGFIELD TOWNSHIP SCHOOL DISTRICT ET AL. v. KNOLL.  C. A. 3d Cir.  Certiorari granted.

No. 82–1778.  SELLFORS v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 83–861.  CITY OF COLUMBUS ET AL. v. LEONARD ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 82–2079.  ALABAMA v. PRINCE.  Ct. Crim. App. Ala.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari denied.

No. 83–1429.  ALABAMA POWER CO. ET AL. v. SIERRA CLUB ET AL.  C. A. D. C. Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 83–1457.  RIVERA-RAMIREZ v. UNITED STATES, 467 U. S. 1215;

No. 83–1617.  COLEMAN v. AMERICAN CYANAMID CO. ET AL., 467 U. S. 1215;

No. 83–6514.  TILLI v. CAPOBIANCO ET AL., 467 U. S. 1217; and

No. 83–6629.  KAVANAUGH v. SPERRY UNIVAC, 467 U. S. 1218.  Petitions for rehearing denied.

No. 83–382.  RUSH v. UNITED STATES AGENCY FOR INTERNATIONAL DEVELOPMENT ET AL., 464 U. S. 1052 and 465 U. S. 1074.  Motion of petitioner for leave to file second petition for rehearing denied.

No. 83–592.  OSTROSKY ET AL. v. ALASKA, 467 U. S. 1201.  Motion of appellants for leave to proceed further herein in forma pauperis granted.  Petition for rehearing denied.

No. 83–1345.  UNION CARBIDE CORP. ET AL. v. NATURAL RESOURCES DEFENSE COUNCIL, INC., ET AL., 467 U. S. 1219.  Petition for rehearing denied.  JUSTICE REHNQUIST and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.